IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SUSAN M. OSSELLO, ROBERT G. DRUMMOND, Chapter 13 Trustee, JESSE and HEATHER DIBBLEE, TODD and BARBARA FISHER, MARY ALICE HILDEBRAND, and CYNTHIA VITCOVICH,<br><br>Plaintiffs,<br><br>vs.<br><br>SWIFT ROCK FINANCIAL, INC., d/b/a World Law Debt; ORION PROCESSING, LLC, d/b/a World Law Processing; WORLD LAW DEBT SERVICES, LLC; WORLD LAW PROCESSING, LLC; GLOBAL CLIENT SOLUTIONS, LLC; GLOBAL HOLDINGS, LLC; BRADLEY HASKINS; ROBERT MERRICK; and MICHAEL HENDRIX,<br><br>Defendants. | CV 17-38-M-DLC-JCL<br><br>ORDER |

Defendants Global Client Solutions, LC, Global Holdings, LLC, Robert Merrick, and Michael Hendrix ("Bank Defendants") move for the admission of Richard W. Epstein to practice before this Court in this case with Lee C. Henning

1

and Rebecca Henning-Rutz to act as local counsel. Mr. Epstein's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Bank Defendants' motion to admit Mr. Epstein pro hac vice is GRANTED on the condition that Mr. Epstein shall do his own work. This means that Mr. Epstein must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Epstein may move for the admission pro hac vice of one (1) associate of his firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Epstein.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Epstein, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 10th day of April, 2017.

Jeremiah C. Lynch
United States Magistrate Judge