FILED

APR 19 2017

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SUSAN M. OSSELLO, ROBERT G. DRUMMOND, Chapter 13 Trustee, JESSE and HEATHER DIBBLEE, TODD and BARBARA FISHER, MARY ALICE HILDEBRAND, and CYNTHIA VITCOVICH,<br><br>Plaintiffs,<br><br>vs.<br><br>SWIFT ROCK FINANCIAL, INC., d/b/a World Law Debt; ORION PROCESSING, LLC, d/b/a World Law Processing; WORLD LAW DEBT SERVICES, LLC; WORLD LAW PROCESSING, LLC; GLOBAL CLIENT SOLUTIONS, LLC; GLOBAL HOLDINGS, LLC; BRADLEY HASKINS; ROBERT MERRICK; and MICHAEL HENDRIX,<br><br>Defendants. | CV 17-38-M-DLC-JCL<br><br>ORDER |

Defendants Global Client Solutions, LLC, Global Holdings, LLC, Robert

Merrick, and Michael Hendrix ("Bank Defendants") move for the admission of

Meredith H. Leonard to practice before this Court in this case with Lee C.

1

Henning and Rebecca Henning-Rutz to act as local counsel. Ms. Leonard's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Bank Defendants' motion to admit Ms. Leonard pro hac vice is GRANTED on the condition that Ms. Leonard shall do her own work. This means that Ms. Leonard must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Leonard, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 19th day of April, 2017.

Jeremiah C. Lynch
United States Magistrate Judge