IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SUSAN M. OSSELLO, ROBERT G. DRUMMOND, Chapter 13 Trustee, JESSE and HEATHER DIBBLEE, TODD and BARBARA FISHER, MARY ALICE HILDEBRAND, and CYNTHIA VITCOVICH,<br><br>Plaintiffs,<br><br>vs.<br><br>SWIFT ROCK FINANCIAL, INC., d/b/a World Law Debt; ORION PROCESSING, LLC, d/b/a World Law Processing; WORLD LAW DEBT SERVICES, LLC; WORLD LAW PROCESSING, LLC; GLOBAL CLIENT SOLUTIONS, LLC; GLOBAL HOLDINGS, LLC; BRADLEY HASKINS; ROBERT MERRICK; and MICHAEL HENDRIX,<br><br>Defendants. | CV 17-38-M-DLC-JCL<br><br>ORDER |

On March 24, 2017, Defendant Global Client Solutions, LLC, Global Holdings, LLC, Robert Merrick, and Michael Hendrix (collectively "Bank Defendants") removed this case from the Second Judicial District Court, Silver Bow County, Montana, to the Missoula Division of the United States District Court for the District of Montana. Under 28 U.S.C. § 1446(a), a defendant

1

seeking to remove a case to federal court shall file the notice of removal "in the district court of the United States for the district and division within which such action is pending...." Because this action was pending in the Second Judicial District Court, Silver Bow County, Montana, the Bank Defendants should have filed their notice of removal in the Butte Division of this Court. Because this case should be venued in the Butte Division,

IT IS HEREBY ORDERED that this case is TRANSFERRED to the Butte Division. The matter has been given a new case number of CV-17-31-BU-DLC-JCL. All further filing in this matter must be done under this new case number.

IT IS FURTHER ORDERED that the preliminary pretrial conference and oral argument will take place as scheduled in Missoula at 9:30 a.m. on June 15, 2017. All other provisions of the March 27, 2017, preliminary pretrial conference order shall remain in effect.

DATED this 6th day of June, 2017.

Jeremiah C. Lynch
United States Magistrate Judge